### CONTINENTAL INSURANCE COMPANY OF NEW YORK v. FARMERS' NATIONAL BANK OF SCOTTSVILLE, KENTUCKY.
No. 6594.

Circuit Court of Appeals, Sixth Circuit.
Oct. 12, 1933.

Gordon, Laurent & Ogden, of Louisville, Ky., for appellant.

PER CURIAM.
Docketed and dismissed pursuant to stipulation.

---

■

### CORAL GABLES, Inc., v. Mrs. Carrie L. DESPORT.
No. 6418.

Circuit Court of Appeals, Sixth Circuit.
Oct. 13, 1933.

M. P. O'Connor and Alfred T. Adams, both of Nashville, Tenn., for appellant.

Bell & Hibbitts, of Nashville, Tenn., for appellee.

PER CURIAM.
Dismissed upon motion of appellant.

---

■

### Ruth Catherine COSTELLO v. UNITED STATES of America, and Marie Camille Costello.
No. 6588.

Circuit Court of Appeals, Sixth Circuit.
Oct. 5, 1933.

Ragland, Dixon & Murphy, of Cincinnati, Ohio, for appellant.

Francis C. Canny, U. S. Atty., Jacob Bauer, and Pogue, Hoffheimer & Pogue, all of Cincinnati, Ohio, for appellees.

PER CURIAM.
Docketed and dismissed pursuant to stipulation.

---

■

### Kyle DAVENPORT v. UNITED STATES of America.
No. 6495.

Circuit Court of Appeals, Sixth Circuit.
June 6, 1933.

G. W. Boyd, of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.
Docketed and dismissed pursuant to stipulation.

---

■

### DIANA MFG. CO. v. INTERNATIONAL CELLUCOTTON PRODUCTS COMPANY.
No. 5112.

Circuit Court of Appeals, Seventh Circuit.
Dec. 6, 1933.

C. A. Soans, of Chicago, Ill., for appellee.

Before ALSCHULER, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.
On stipulation of counsel, it is now here ordered, adjudged, and decreed that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed; any costs in the Court of Appeals in connection therewith to be paid by appellant.